ULTRATECH, INC., Plaintiff–
Appellant,

v.

TAMARACK SCIENTIFIC CO.,
INC., Defendant–Appellee.

No. 05–1107.

United States Court of Appeals,
Federal Circuit.

July 5, 2005.

ORDER GRANTING PLAINTIFF–AP-
PELLANT'S MOTION FOR DIS-
MISSAL WITHOUT PREJUDICE
OF PENDING APPEAL PURSU-
ANT TO FEDERAL CIRCUIT
RULE 27

Plaintiff–Appellant, Ultratech, Inc., hav-
ing moved to dismiss without prejudice the
above-captioned pending appeal;

IT IS HEREBY ORDERED that Plain-
tiff–Appellant's request for such leave is
GRANTED and the above-captioned pend-
ing appeal is hereby dismissed.